|   |   |
|---|---|
| 1 | **THERESE S. HARRIS (SBN 246711)** |
| 2 | THERESE HARRIS LAW OFFICES |
|   | 2594 SHORELINE ROAD |
| 3 | BRADLEY, CA  93426 |
| 4 | Telephone: (805) 369-2053 |
|   | Facsimile:  (805) 426-9375 |
| 5 | Email: tharris@tharrislawoffice.com |
| 6 |   |
| 7 | Attorney for Plaintiff, TERRY D. JONES |

## UNIT ED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TERRY D. JONES, an individual, | CASE NO: 22-8065-MEMF |
|---|---|
| Plaintiff | **REQUEST TO APPEAR VIA ZOOM OR TELEPHONICALLY FOR MOTION TO DISMISS COMPLAINT FILED BY DEFENDANTS COLLECT ACCESS, LLC, TAPPAN ZEE and ZEE LAW GROUP SET FOR HEARING ON AUGUST 24, 2023** |
| v. | |
| ZEE LAW GROUP; COLLECT ACCESS, LLC; TAPPAN ZEE; and DOES 1 through 30 inclusive | |
| Defendants. | Date:     8/24/2023<br>Time:    10:00 a.m.<br>Judge:   Hon. Maame Ewusi-Mensah Frimpong<br><br>**Complaint Filed on 11/04/2022** |

TO:  THE CLERK OF THE COURT AND THE HONORABLE MAAME EWUSI-MENSAH FRIMPONG

   Counsel for Plaintiff TERRY D. JONES hereby respectfully requests permission to appear remotely at the Motion to Dismiss currently scheduled before this Court for August 24, 2023 at 10:00 a.m.

   The grounds for this request are as follows:

1

1. Counsel for Plaintiff is out of the state on vacation in Massachusetts at the time of the hearing set for 8/24/2023.

2. Counsels met and conferred on July 17, 2023. Opposing Counsel did not object.

3. The remote appearance would not prejudice Defendant.

Dated: July 19, 2023                    THERESE HARRIS LAW OFFICES

*Therese S. Harris*
_____
Therese S. Harris, Esc.
Attorney for Plaintiff,
TERRY D. JONES

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Therese Harris Law Offices, 2594 Shoreline Road, Bradley, CA 93426.

On July 19, 2023, I served the within document(s):

- **REQUEST TO APPEAR VIA ZOOM OR TELEPHONICALLY FOR MOTION TO DISMISS COMPLAINT FILED BY DEFENDANTS COLLECT ACCESS, LLC, TAPPAN ZEE and ZEE LAW GROUP SET FOR HEARING ON AUGUST 24, 2023**

**X**   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 19, 2023, at Los Angeles, California.

*/s/ Liz Reuben*
Liz Reuben