# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. JONES, an individual,<br><br>Plaintiff<br><br>v.<br><br>ZEE LAW GROUP; COLLECT ACCESS, LLC; TAPPAN ZEE; and DOES 1 through 30 inclusive<br><br>Defendants. | Case No.: 22-8065-MEMF<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM OR TELEPHONICALLY FOR MOTION TO DISMISS COMPLAINT FILED BY DEFENDANTS COLLECT ACCESS, LLC, TAPPAN ZEE and ZEE LAW GROUP SET FOR HEARING ON AUGUST 24, 2023 [ECF NO.  ]**<br><br>**Judge:** Hon. Maame Ewusi-Mensah Frimpong<br><br>**Complaint Filed on 11/04/2022** |

On July 19, 2023[1] Plaintiff filed a Request to Appear via Zoom or Telephonically for Motion to Dismiss Complaint filed by Defendants Collect Access, LLC, Tappan Zee and Zee Law Group Set for Hearing on August 24, 2023.

Plaintiff's counsel is on vacation in Massachusetts during the time of this hearing and unable to appear in-person. Therefore, Plaintiff's counsel herewith filed this Request.

///

---

[1] Date of filing Request to Appear via Zoom or Telephonically on the Motion to Dismiss Complaint of Defendants Collect Access LLC, Tappan Zee, and Zee Law Group, [ECF No.  ]

1

The Court, having considered Plaintiff motion and finding good cause therefor, hereby GRANTS the Request to Appear via Zoom and ORDERS as follows:

1. Counsel for Plaintiff is on vacation in Massachusetts at the time of the hearing set for 8/24/2023.

2. Counsels met and conferred on July 17, 2023.

3. The remote appearance would not prejudice Defendant.

**IT IS SO ORDERED.**

Dated: _____, 2023         _____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Therese Harris Law Offices, 2594 Shoreline Road, Bradley, CA 93426.

On July 19, 2023, I served the within document(s):

- **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR VIA ZOOM OR TELEPHONICALLY FOR MOTION TO DISMISS COMPLAINT FILED BY DEFENDANTS COLLECT ACCESS, LLC, TAPPAN ZEE and ZEE LAW GROUP SET FOR HEARING ON AUGUST 24, 2023 [ECF NO.  ]**

**X**   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 19, 2023, at Los Angeles, California.

/s/ *Liz Reuben*

_____

Liz Reuben

3