**THERESE S. HARRIS (SBN 246711)**
THERESE HARRIS LAW OFFICES
765 Salisbury Street
Worcester, MA 01609
Telephone: (805) 377-9181
Email: tharris@tharrislawoffice.com

Attorney for Plaintiff, TERRY D. JONES

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY D. JONES, an individual, | CASE NO: **2:22–cv–08065 MEMF-AS** |
| Plaintiff, | **JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES AND CONTINUE THE TRIAL DATE** |
| vs. | Assigned Judge: Hon. Maame Ewusi-Mensah Frimpong, U.S. District Judge |
| ZEE LAW GROUP; COLLECT ACCESS, LLC; TAPPAN ZEE; and DOES 1 through 30 inclusive, | **Complaint Filed on 11/04/2022** |
| Defendants. | |

### JOINT STIPULATION TO AMEND CIVIL TRIAL ORDER

Plaintiff Terry D. Jones and Defendants Zee Law Group, Collect Access, LLC, and Tappan Zee (collectively, "the Parties"), by and through their respective counsel of record, hereby jointly stipulate as follows:

1.      WHEREAS, on July 11, 2024, the Court issued a Civil Trial Order setting forth various pretrial and trial deadlines;

2. WHEREAS, Plaintiff intends to file a Motion for Summary Judgment, and the first available hearing date is not until February 20, 2025, which is after the current last day to hear motions (November 14, 2024);

3. WHEREAS, the Parties have met and conferred and agree that an extension of pretrial deadlines and the trial date is necessary to accommodate the hearing of dispositive motions and to allow adequate time for trial preparation;

4. NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE as follows:

- The last day to hear motions shall be extended to March 6, 2025;
- The trial date shall be continued to May 19, 2025, or as soon thereafter as may be convenient for the Court;
- All other pretrial deadlines shall be adjusted relative to the new trial date, maintaining the same time intervals as in the original Civil Trial Order, as follows:
- Trial Filings (first round): 47 days prior to trial (e.g., April 2, 2025)
- Trial Filings (second round): 33 days prior to trial (e.g., April 16, 2025)
- Final Pretrial Conference: 19 days prior to trial (e.g., April 30, 2025)

5. All other provisions of the July 11, 2024 Civil Trial Order shall remain in effect.

IT IS SO STIPULATED.

Dated: September 25, 2024

///
///
///
///
///
///

RESPECTFULLY SUBMITTED,

THERESE HARRIS LAW OFFICES

By: _____

Therese S. Harris

Attorney for Plaintiff Terry D. Jones


BAO LAW GROUP

By: __/s/ Jeffrey Bao_____

Jeffrey Bao

Attorney for Defendants

## CERTIFICATE OF SERVICE

At the time of service, I was at least 18 years old and not a party to the within action. My resident or business address is 765 Salisbury Street, Worcester, MA, 01609. On September 25, 2024, I served the within document(s):

- **JOINT STIPULATION TO EXTEND PRE-TRIAL DEADLINES AND CONTINUE THE TRIAL DATE**

- ☐ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

DATED: September 25, 2024          THERESE HARRIS LAW OFFICES

                                   _____
                                   THERESE S. HARRIS